# United States District Court
## Violation Notice

CVB Location Code: **ONG0**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6462317 | HASTON | 2511 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 9-24-2016  16:11 | 36 CFR 4.15(a) |

Place of Offense: CUVA – AP/Boton

Offense Description: Factual Basis for Charge — HAZMAT ☐

NO SAFETY BELT

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| TWARDZIK JR | Daniel | T |

[personal information redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| FTX6743 | OH | 17 | ///// | | RED |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 400 Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: /s/ Daniel Twardzik

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **September 24, 2016** while exercising my duties as a law enforcement officer in the **Northern** District of **Ohio**.

On September 24, 2016, within the legislative boundary of Cuyahoga Valley National Park, while in full uniform and driving a marked law enforcement vehicle, I was on patrol on Akron-Peninsula Road.

At approximately 1600, I observed a vehicle, Ohio FTX6743, traveling south on Akron-Peninsula Road. The driver was observed without the required fastened safety belt. I conducted a traffic stop and identified the driver as Daniel T. TWARDZIK.

TWARDZIK was cited for 36 CFR 4.15 (a) - Each operator and passenger occupying any seating position of a motor vehicle in a park area will have the safety belt or child restraint system properly fastened at all times when the vehicle is in motion.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/24/2016    /s/ K. Haston
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident